UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AMRON ELIAS and ELIGIO CARMONA, on
behalf of themselves and others similarly
situated,
                Plaintiffs,

v.

SSC HIGH RISE CONSTRUCTION INC.,
TIMOTHY MAHONEY, and MICKEY
MAHONEY,
                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 10300 (VB)

On May 17, 2019, the parties in this Fair Labor Standards Act case filed a settlement agreement and joint statement explaining the basis for the agreement (Doc. #20), as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

The Court has considered the following factors: (i) the parties' position as to the proper valuation of plaintiffs' claims; (ii) the risks and costs of continuing to litigate; (iii) plaintiffs are represented by counsel; (iv) plaintiffs no longer work for defendants; (v) the parties settled subsequent to mediation with an experienced Court-appointed mediator; (vi) the settlement agreement does not contain a confidentiality clause or non-disparagement provision; (vii) plaintiffs are receiving more than the estimated unpaid wages they claim defendants owe; (viii) the parties desire to resolve this action early and avoid the costs and uncertainty associated with drawn-out litigation; and (ix) the release clause in the agreement excludes claims that cannot be waived by law, including the right to file a charge with or participate in an investigation conducted by the Equal Employment Opportunity Commission and/or state administrative agency.

1

Based on the foregoing, the Court finds the settlement agreement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.

Additionally, the Court finds the attorneys' fees, which are one third of the total recovery, to be fair and reasonable under the circumstances.

## CONCLUSION

Accordingly, the parties' settlement agreement (Doc. #20, Ex. A) is APPROVED.

The Clerk is instructed to terminate the motion (Doc. #20) and close this case.

Dated: May 21, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge